AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Zachary Adam Chesser<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:10 mj 504<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **between Nov 2009 and July 10, 2010** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2339B | providing material support to a designated terrorist organization |
| 18 USC 842(p) | distributing information regarding the manufacture of explosives with the intent that the information be used in furtherance of a Federal crime of violence |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mary Brandt Kinder, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/21/10

/s/
_____
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Theresa Carroll Buchanan, U.S. Magistrate Judge
_____
*Printed name and title*