IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:10-MJ-504 |
| | ) | |
| ZACHARY ADAM CHESSER | ) | |

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States of America hereby provides notice to the defendant and to the Court

that, pursuant to Title 50, United States Code, Section 1806(c) and 1825(d), the United States

intends to offer into evidence, or otherwise use or disclose in proceedings in the above-captioned

matter, information obtained and derived from electronic surveillance and physical search

conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended,

50 U.S.C. §§ 1801-1812 and 1821-1829.

Respectfully submitted,

Neil H. MacBride
United States Attorney

   /s/
Gordon D. Kromberg
Assistant United States Attorney
Attorney for United States
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
FAX: 703-299-3981
Email Address: gordon.kromberg@usdoj.gov