IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:10-CR-395 |
| | ) | |
| ZACHARY ADAM CHESSER | ) | |

**DEFENDANT'S NON-CONFIDENTIAL MEMORANDUM IN SUPPORT OF MOTION FOR FILING DOCUMENTS UNDER SEAL**

The Defendant, Zachary Adam Chesser, by counsel and pursuant to Local Rule 49(E) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, asks for an Order sealing the documents attached to this Motion to Seal.

**I.     Items to be Sealed and Necessity for Sealing**

The defendant asks the Court to seal the documents attached to his Motion to Seal. Sealing is necessary because it is in the interest of both parties that the extent of Mr. Chesser's cooperation not be disclosed at this time and to protect the confidentiality of Mr. Chesser's medical records. Counsel for the defendant has considered procedures other than sealing and none will suffice to protect this information from disclosure.

**II.    Previous Court Decisions Which Concern Sealing Documents**

The Court has the inherent power to seal materials submitted to it. *See United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *State of Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982); *Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *see also Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975). "The trial court has

supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

### III.     Period of Time to Have the Document Under Seal

The materials to be filed under seal would need to remain sealed in perpetuity or until further order of this Court.

WHEREFORE, the Defendant respectfully requests that an Order be entered allowing the document attached to his motion to be placed Under Seal.  An appropriate Order is attached.

Respectfully submitted,

**ZACHARY ADAM CHESSER**
By Counsel


_____/s/_____
Michael Nachmanoff
Federal Public Defender
Brian L. Mizer
Assistant Federal Public Defener
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
Tel: (703) 600-0860
Fax: (703) 600-0880
Michael_Nachmanoff@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of February 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Gordon D. Kromberg
> Assistant United States Attorney
> Virginia Bar No. 33676
> Assistant United States Attorney
> Attorney for the United States
> 2100 Jamieson Avenue
> Alexandria, VA  22314
> (703) 299-3700
> (703) 837.8242 (fax)
> gordon.kromberg@usdoj.gov

>                   /s/
> Michael Nachmanoff
> Federal Public Defender
> Brian L. Mizer
> Assistant Federal Public Defender
> Office of the Federal Public Defender
> 1650 King Street, Suite 500
> Alexandria, VA 22314
> Tel: (703) 600-0860
> Fax: (703) 600-0880
> Michael_Nachmanoff@fd.org