|  |  |
|---|---|
|  | sword between me and you." |
| 3:38 | [Theo Van Gogh After He Was Sent To Hell] And he made it very clear. And then he called them to come and sign a document in which they all state their agreement that they will not speak against him. |
| 3:49 | Ibn Taymiyyah says: (Arabic). Ibn Taymiyyah says: "And this is an evidence that harming Allah and His Messenger |
| 4:13 | [Salman Roshdie] a reason to encourage Muslims to kill whoever does that, even if they have a contract with the Muslims (Arabic)." Even if there is a covenant, Ibn Taymiyyah, in his book, responds to some of the arguments and doubts that were placed against this hukm. So he used this story as an evidence to |
| 4:34 | refute those arguments. Then he said: (Arabic). |
| 5:01 | Some people try to twist the meaning of this hadith and say that Ka'b was killed because of him encouraging the disbelievers to fight against Muhammad (Arabic) and not because of his words. Ibn Taymiyyah says: "No. He was killed because of his poetry which was even before he set out to go to Makkah. So it had nothing with him going to Makkah and encouraging them to fight the Muslims. It was specifically because of his poetry." |
| 5:31 | And then he says: (Arabic) [Kurt Westergaard] |

PAGE 3                     3                          Exhibit D

6:05 He said: "Everything that Ibn Al-Ashraf did was harm by the tongue. His lamenting of the killed of the disbelievers, and his encouraging them to fight, and his cursing, and his defamation, and his putting down of the religion of Islam, and his preferring of the religion of the disbelievers —

6:34 all of this were words by the tongue [Lars Vilks]. and he did not do anything — he did not do anything that included physical fighting of the Muslims. And Ibn Al-Ashraf, all what he did was harm the Muslims with his tongue. And this is hujjah, and this is an evidence against anyone who would argue these issues. And it is clear that the harming of Allah and His Messenger by poetry and defamation — the blood of such a person is not protected by any means." (end of Al-Awlaki's speech)

7:04 Arabic singing [Join Us In This Campaign To Let Matt Stone Trey Parker Know That ... The Dust Will Never Settle Down]

7:48 [Re-Upload!]

7:57 END

PAGE 4

4

Exhibit D