http://www.foxnews.com/entertainment/2010/04/20/website-warns-south-park-creators-face-retribution-depicting-muhammad/   LOGIN

MENU                                                                                  Search foxnews.com

[FOX411] HOME    CELEBRITY NEWS    MOVIES    TV    MUSIC    STYLE    VIDEO

TV

# 'South Park' Creators Could Face Retribution for Depicting Muhammad, Website Warns



By Joshua Rhett Miller    11475    5
Published April 20, 2010
FoxNews.com



RevolutionMuslim.com posted a warning following the 200th episode of Trey Parker and Matt Stone's "South Park," which included a caricature of the Prophet Muhammad disguised in a bear suit. (SouthParkStudios.com)

A radical Islamic website is warning the creators of "South Park" that they could face violent retribution for depicting the Prophet Muhammad in a bear suit during an episode broadcast on Comedy Central last week.

RevolutionMuslim.com posted the warning following the 200th episode of Trey Parker and Matt Stone's "South Park," which included a caricature of the Prophet Muhammad disguised in a bear suit. The Web posting also included a graphic photo of Theo van Gogh, a Dutch filmmaker who was murdered in 2004 after making a documentary on violence against Muslim women.

"We have to warn Matt and Trey that what they are doing is stupid and they will probably wind up like Theo Van Gogh for airing this show," the posting reads. "This is not a threat, but a warning of the reality of what will likely happen to them."

Reaching by phone early Tuesday, Abu Talhah al Amrikee, the author of the post, said he wrote the entry to "raise awareness." He said the grisly photograph of van Gogh was meant to "explain the severity" of what Parker and Stone did by mocking Muhammad.

"It's not a threat, but it really is a likely outcome," al Amrikee said, referring to the possibility that Parker and Stone could be murdered for mocking Muhammad. "They're going to be basically on a list in the back of the minds of a large number

PAGE 1                                1                               EXHIBIT E

of Muslims. It's just the reality."
http://www.foxnews.com/entertainment/2010/04/20/website-warns-south-park-creators-face-retribution-depicting-muhammad/

Al Amrikee said the website is considering a protest against the "disgusting" show, which also depicted the Prophet Muhammad in an episode on July 4, 2001.

"This is not a small thing," he said. "We should do whatever we can to make sure it does not happen again."

The posting on RevolutionMuslim.com also includes audio of a sermon by Anwar al-Awlaki -- a radical U.S.-born preacher now believed to be hiding in Yemen -- who discusses assassinating individuals who defame the Prophet Muhammad. It also included a link to a 2009 story in the Huffington Post that gave details of Stone and Parker's mansion in Colorado.

A Comedy Central spokesman told FoxNews.com that the network has no comment on the posting.

PAGE 2

Exhibit E