IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) ) | |
| JESSE CURTIS MORTON | ) ) ) | Crim. No. 1:11mj 386 |

MAY 1 3 2011

### AFFIDAVIT

I, Paula R. Menges, after being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice. I have been employed by the FBI for approximately three years, during which time I have been assigned to the Washington Field Office. Before joining the FBI, I obtained a Ph.D. in Immunology from the University of Rochester. I worked in a research laboratory, often analyzing complex processes and experimental results, through a variety of sophisticated techniques. During my time at the Washington Field Office, I have been assigned to an international terrorism squad and worked on international terrorism cases, to include the arrest and successful prosecution of two individuals on terrorism related charges. Additionally, I have completed FBI training in the investigation of counter-terrorism matters, and as a result of my training and experience, I am familiar with the tactics, methods, and techniques of terrorist networks and their members.

2. This affidavit is submitted in support of a criminal complaint charging Jesse Curtis Morton, also known as Younus Abdullah Mohammad, with communicating threats in violation of 18 U.S.C. §§ 875(c) and 2.

PAGE 1

EXHIBIT G

Case 1:10-cr-00395-LMB    Document 109-7    Filed 03/06/26    Page 3 of 15 PageID# 1617
Case 1:10-cr-00395-LO    Document 81-16    Filed 06/03/16    Page 2 of 16 PageID# 1154
Case 1:11-mj-00386-TRJ    Document 3    Filed 05/13/11    Page 2 of 16

3. This affidavit is based on my personal knowledge, my review of records and other materials obtained during the course of this investigation, including intercepted telephone, audio, and in-person communications, as well as information provided to me by other government personnel with knowledge relating to this investigation. Because this affidavit is for the limited purpose of setting forth facts sufficient to establish probable cause, it does not include all of the pertinent facts that I have learned in the course of this investigation.

A. Revolution Muslim and Zachary Chesser

4. Revolution Muslim was formed in early 2008 by Morton and Joseph Cohen, a/k/a "Yousef Al-Khattab," with the publicly stated goals of establishing Islamic law in the U.S., destroying Israel, and taking al-Qaida's messages to the masses. The organization's website, as well as Morton and Cohen, openly stated that Revolution Muslim derived spiritual inspiration from Sheikh Abdullah al-Faisal, a cleric now in Jamaica who preaches the necessity of violent jihad and the virtues of killing kuffars.

5. This case is related to *United States v. Zachary Adam Chesser*, No. 1:10-cr-00395 (E.D. Va. 2010). Chesser is a 21-year old Muslim convert from Fairfax, Virginia. In October 2010, Chesser pled guilty to communicating threats, in violation of 18 U.S.C.§ 875(c); attempting to provide material support to a designated foreign terrorist organization - - al-Shabaab - - in violation of 18 U.S.C. § 2339B, and soliciting hoax threats, in violation of 18 U.S.C. §§ 373 and 1038. The § 875(c) charge arose from his posting of materials on the internet that threatened the lives of the writers of the *South Park* television show in retaliation for the broadcast of an episode that Chesser perceived as insulting to Islam. In February 2011, Chesser

2

PAGE 2

Exhibit G

murdered in 2004 for making what the murderer believed was a film that insulted Islam. Chesser posted the street addresses of Comedy Central and its production company in New York and Los Angeles, and a link to a 2009 *Huffington Post* article that gave details (but not the exact address) of a residence of TP and MS in Colorado, and suggested that his readers "pay them a visit." Chesser's post engendered significant media attention and public reaction, and was widely perceived as a threat to the safety of TP and MS by implicitly inciting extremists to kill them.

### D.   The "Clarification" Statement

12.   While Chesser came up with the initial posting on the Revolution Muslim website on his own, reporters also contacted Morton for comment on it because Morton was also known to operate Revolution Muslim. As a result, Morton and Chesser each talked with multiple reporters about Revolution Muslim's position with respect to TP and MS, and coordinated their responses to ensure that their statements were consistent.

13.   On the basis of information received from a search of Morton's email account, court-ordered surveillance, and debriefings of Chesser, I know that, rather than speaking to reporters on an individual basis, Morton and Chesser decided to jointly draft a statement on behalf of Revolution Muslim to be disseminated to the public to further explain their position with respect to TP and MS. After multiple drafts were circulated between Chesser and Morton, this statement ultimately was released to the public on April 21, 2010, under the title "Clarifying the South Park Response and Calling on Others to Join in the Defense of the Prophet Muhammad - RevolutionMuslim.com" (hereinafter "the Clarification Statement"). Although the Clarification Statement was not initially posted on the Revolution Muslim website because the site had by

5

PAGE 3

Exhibit G

Case 1:10-cr-00395-LMB   Document 81-16   Filed 06/03/16   Page 6 of 16 PageID# 1158
Case 1:10-cr-00395-LMB   Document 109-7   Filed 03/06/26   Page 6 of 15 PageID# 1620
Case 1:11-mj-00386-TRJ   Document 3   Filed 05/13/11   Page 6 of 16

then been hacked and was temporarily down, the statement was widely disseminated on multiple

websites catering to Islamists (as well as later to mainstream media organizations).

14. The Clarification Statement contained pages of justification under Islamic law for the

death of those who insult Islam or defame its prophet, and for Muslims to bring about such

deaths. In it, Morton and Chesser asserted in pertinent part that "we will never tolerate the

mocking or insulting of any one of the prophets," and explained that the Islamic ruling on this

situation was that "the punishment is death."

15. In the Clarification Statement, Chesser and Morton purported to deny that they were

inciting violence:

> This [the prior text of the statement] shows that taking this stance [that the
> punishment is death, and that no judge need be involved in finding guilt] is
> virtually obligatory, but it does not mean that our taking this stance is in
> some way an *absolute* call toward the requirement that the creators of
> South Park must be killed, nor a *deliberate* attempt at incitement, it is only
> to declare the truth regardless of consequence and to offer an awareness in
> the mind of Westerners when they consider doing the same thing.

(emphasis added).

16. Later in the statement, they stated:

> Thus our position remains that it is likely the creators of South Park will
> indeed end up like Theo Van Gogh. This is a reality. . . . We are not
> trying to *directly* incite violence, but we are trying to explain the gravity of
> the situation and prevent this from occurring ever again.

(emphasis added).

17. In closing, they wrote:

> We hope that the creators of South Park may read this and respond, that
> before sending hate mail and condemning us that we may partake in
> dialogue, and that the Western media's degradation of the most blessed of
> men ceases. Otherwise we warn all that many reactions will not involve

6

PAGE 4

Exhibit G

speech, and that defending those that insult, belittle, or degrade the Prophet Muhammad (peace be upon him) is a requirement of the religion. *As Osama bin Laden said with regard to the cartoons of Denmark, "If there is no check in the freedom of your words, then let your hearts be open to the freedom of our actions.*

(emphasis added). The suggestion that the creators of South Park would be on the receiving end of actions analogous to those of bin Laden if they refused to change their ways (and engage with Chesser and Morton), was a threat of violence cognizable under Section 875(c).

E.   Chesser, Morton, and the Drafting of the "Clarification Statement"

18.   I know from email records obtained by search warrant that Chesser contacted Morton on April 17, 2010, to discuss how to proceed in light of the widespread publicity that the postings had attracted to Revolution Muslim. As Chesser described it, the controversy engendered by the fatwa calling for the killing of Salman Rushdie for his publication of *The Satanic Verses* "was a tremendous help in radicalizing" Muslims in the United Kingdom, and achieving higher visibility for the controversy over *South Park* might do the same for Muslims in the United States.

19.   On April 19, 2010, Morton suggested ways that Chesser could draw even more attention to the *South Park* issue in order to "synthesize the general movement of Revolution Muslim along with this particular endeavor." The next day, after considering that an off-the-cuff remark might establish that they intended to incite violence and subject them to criminal culpability, Morton and Chesser decided to stop talking to reporters about the *South Park* matter and issue a written statement instead. They agreed that Chesser would write the first draft and that Morton would then merge that draft with Morton's own writing.

20.   On the evening of April 20th, Chesser emailed his first draft to Morton. Chesser's draft stated that the *South Park* writers had insulted Muslims, and "[a]s for the Islamic ruling on

7

Exhibit G

PAGE 5

the situation, then this is clear - there is no difference of opinion from those with any degree of a reputation that the punishment is death." Chesser then included references to the teachings of specific Islamic authorities for the propositions that the penalty for insulting Islam is death, and that it was contrary to Islam to require that the offenders first be brought before a judge.

21. Early the next morning, Morton emailed a revised draft back to Chesser, and suggested that Chesser then post it on Revolution Muslim's blog.[1] Morton's revision was far more polished than was Chesser's initial draft, and included for the first time the reference to bin Laden quoted above. Also, in this draft, Morton inserted for the first time, "[t]hus our position remains that it is likely the creators of South Park will indeed end up like Theo Van Gogh, *and we pray Allah makes this a reality*." (emphasis added).[2]

22. Chesser returned a third version to Morton in the early afternoon of April 21st, retaining the bin Laden reference at the end, but changing Morton's language "[t]hus our position remains that it is likely the creators of South Park will indeed end up like Theo Van Gogh, *and we pray Allah makes this a reality*" to "[t]hus our position remains that it is likely the creators of South Park will indeed end up like Theo Van Gogh. *This is a reality*" (emphasis added).

23. According to the court-ordered intercept of their phone call, the subject of Chesser's deletion of Morton's words *"and we pray Allah makes this a reality"* arose in their subsequent telephone conversation. Morton and Chesser were discussing the opportunity that the *South Park*

---

[1] As noted above, the Revolution Muslim website was down at that time as a result of hacker attacks.

[2] This reference to van Gogh ties the Clarification Statement back to Chesser's initial posting, which predicted that TP and MS would end up like the unfortunate Dutchman who made a film that insulted Islam -- and that good Muslims should *"pay them a visit."*

PAGE 6

Exhibit G

controversy provided to disseminate the Revolution Muslim message. Chesser said that, as a result of the controversy, Revolution Muslim was then apparently the "68th most searched term on Google." Morton told Chesser that "it [the *South Park* campaign] was very, very, very strategic so far, but we have to be careful, I don't want to go to prison to be honest with you." Chesser responded, "[t]hat's why I took out your dua [prayer to Allah] in the middle of the article." Morton then said, "oh, we pray that the obligation is fulfilled. Oops. Yeah, yeah, right. I was a little tired man. I probably didn't think."

    24.  Later that afternoon, Morton returned to Chesser a fourth version of the Clarification Statement with no significant changes. That is the version that was widely distributed by Chesser that evening, including to the AlQimmah website (the website of the designated terrorist group al-Shabaab) and to the Ansar Al Jihad Network - - and later was distributed by Morton as well. A court-authorized intercept of their conversation reflects that Morton agreed to Chesser's plan to release the Clarification Statement on the Ansar al Jihad Network to "make the kuffar more worried."

    25.  On April 22, 2010, Morton disseminated the Clarification Statement with a message decrying that "the media" was turning "a statement of prediction and warning" - - that is to say, the earlier posting predicting that TP and MS would end up like Theo van Gogh, and suggesting that offended Muslims "pay them a visit" - - "into one of threat." He wrote that "[w]e hold to *our views* and believe that the Muslims and conscious people everywhere should be helping to spread them" (emphasis added by me).

<u>Relevant Law</u>

9

PAGE 7

Exhibit G

## Conclusion

40. Based on the foregoing, there is probable cause to believe that, in or about April 2010, Jesse Curtis Morton did knowingly and unlawfully communicate threats in violation of 18 U.S.C. §§ 875(c) and 2.

FURTHER THIS AFFIANT SAYETH NOT.

Paula R. Menges
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on May 13, 2011.

/s/Thomas Rawles Jones, Jr.

THOMAS RAWLES JONES, JR.
UNITED STATES MAGISTRATE JUDGE

16

Exhibit G

PAGE 8