

PAGE 1

EXHIBIT I



PAGE 2

EXHIBIT I



PAGE 3

EXHIBIT I



PAGE 4

EXHIBIT I



PAGE 5

EXHIBIT I