

# AL-MAKTABAH

## Interview with Abū Talḥah al-Amrīkī

CONDUCTED BY AARON Y. ZELIN

Exhibit J

PAGE 1

Interview with Abū Talḥah al-Amrīkī

When I wrote that piece a lot of Muslims were trying to talk to CT analysts. They were outright advising them on their policies in an attempt to "outwit" them.
Yes, it is a form of dialogue, but dialogue in and of itself cannot be avoided. A lot of people commented on specific policies with no understanding that they could be helping their enemies. I wrote the piece with knowledge that he would read it and did not include things, which I considered to be harmful.

**(18) Why did you/Revolution Muslim feel the need to issue a "clarification on the South Park issue" in late April as an addendum to your initial "press release"? Was this done to provide additional legal coverage for your "press release," which was interpreted by many as an implicit call or at least support for violence against those associated with production of that episode of South Park?**

The "clarification" was issued as a way of changing the dialogue that was occurring. While the vast majority of what we got was death threats, a lot of non-Muslims were willing to discuss various issues and most of them came away with a much better understanding of the current conflict and other grievances that the Muslims hold. A lot of non-Muslims were also supportive of what we said, but the issue turned into a rally cry for people who openly hated Islaam before anything ever happened. Hence Ayaan Hirsi was the first person on CNN to be interviewed in the matter.

A large number of Christians actually began to notice how 'Isaa (Jesus), calaihis-salaam, is treated so vilely by that show. I would consider that a success as well because this is something, which is just as bad in the hearts of the Muslims and maybe it will lead to his being treated better by American media.

A lot of what RM does is to educate non-Muslims on the demands and concerns of the Muslims. After 20+ years of conflict American presidents still have the audacity to go on television and lie to the American people about why other people attack them. They know very well why they get attacked, but for political reasons they will not say it. America's freedoms are probably the best thing about it. A lot of people are going to continue to die unless the dialogue in this war is one based on reality, so RM seeks to convey the reality of the situation to people.

**(19) Do you feel your cause has won, in that Comedy Central originally aired an episode in 2001 showing Muhammad (where he was shown in a positive light), then following the Danish cartoons crisis Comedy Central blacked out Muhammad and then following your press release they bleeped out the mention of Muhammad's name as well as the speech at the end of the episode where the characters were making a speech, which had to do with giving into fear and intimidation?**

I feel that we achieved a short term objective in the editing of the episode, and I think a dialogue has also started over this issue which will be productive in the long term in sha'a Allah. A lot of people naturally recognize that there is a difference between wrong speech and that speech which should be protected. European countries almost all have laws

PAGE 2                                    2      10                              Exhibit J

.Interview with Abū Talḥah al-Amrīkī

regarding a separation between these two realms of speech. The argument in favor of South Park is either the one of paranoia regarding slippery slopes, or it is the one of the sociopath who thinks there is nothing wrong with trying to harm someone with his words.

**(20) You were offended at the possibility that South Park could have shown Muhammad, but were you also offended by what they actually did show in the episode? Ex: One hears the word "gook" uttered, Buddha snorting cocaine, Jesus downloading pornography and Moses being depicted as a super computer.**

The content was the issue, not the actual depiction of the Prophet, salaa Allahu calaihi wa salam. If they simply drew him randomly, then the most that would happen is that maybe they would be contacted and be asked not to do it. Countless Muslims have drawn pictures of the Prophet, salaa Allahu calaihi wa salam, but the issue was of the insulting manner in which they depicted Muusaa (Moses), 'Isaa (Jesus), and Muxammad, calaihum assalaam. In the clarification we wrote about how none of the religious figures should be insulted like that, because this is something, which Allah has told us to abstain from in the Qur'aan.

**(21) Had you ever watched a South Park episode before?**

I used to watch South Park all of the time when I was a non-Muslim, but after accepting Islaam I stopped watching it due to the way it depicted 'Isaa (Jesus), calaihis-salaam, Muusaa (Moses), calaihis-salaam, and Allah! Also, the content in general is not allowed in Islaam.

**(22) How do you justify getting angry over the South Park possibly showing Muhammad when one can find pictures of Muhammad all over the Internet? Do you plan to boycott using the Internet?**

By preventing South Park from airing that episode, more than 5,000,000 people were prevented from seeing our beloved Prophet, salaa Allahu calaihi wa salam, insulted. I doubt that all of the collective images on the internet have that kind of reach. Not even the Facebook event, which was created in response to the South Park affair even came close to having the same reach. Both episodes were completely blocked in at least one European country.

If I could figure out some way to address the other issues, then I would. All I can do is make supplications to Allah to remove them.

In retrospect there were a lot better ways to go about things, but I learned a lot about how to manipulate the media from it. I also learned some things about the psyche of the American Muslim and which things would be required to influence the largest group.

I will not reveal it, but I can think of one decision I made which if it had been different, then it would have forced some of the so-called "moderate" organizations to take a weaker stance, or to agree.

PAGE 3                           3    ''                      Exhibit J

Prepared by Aaron Y. Zelin © | http://azelin.wordpress.com