IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,                )
                                          )
        v.                                )        1:10-cr-395 (LMB)
                                          )
ZACHARY ADAM CHESSER,                     )
                        Defendant.        )

## ORDER

Defendant Zachary Adam Chesser ("Chesser"), acting pro se, has filed a Motion to

Appoint Counsel in which he claims that he requires an attorney to access and review classified

information that will play a "central role" in adjudicating his successive § 2255 motion based on

the Supreme Court's holding in Counterman v. Colorado, 143 S. Ct. 2106 (2023). Although

Chesser was convicted of Attempting to Provide Material Support to a Designated Terrorist

Organization in violation of 18 U.S.C.§ 2339B (Count Three), he concedes that the Count Three

conviction is not being challenged in this § 2255 motion. [Dkt. No. 112] at 3. Rather, his

motion focuses on the validity of his convictions for Communicating Threats in violation of 18

U.S.C. §875(c) (Count One) and Soliciting Others to Engage in Conduct Constituting a Felony

that has as an Element the Threatened use of Physical Force Against Another, in violation of 18

U.S.C. §373 (Count Two). Because it appears at this stage that classified information will not be

necessary to resolve Chesser's pending § 2255 motion, it is hereby

ORDERED that Chesser's Motion to Appoint Counsel [Dkt. No. 112] be and is DENIED

without prejudice to refiling if classified information becomes relevant to the disposition of

Chesser's pending § 2255 motion.

Entered this ___9th___ day of March, 2026.

Alexandria, Virginia

                                                        /s/ 
                                          _____
                                          Leonie M. Brinkema
                                          United States District Judge